LEON HAND, Suing as a Stockholder of Admiration Laundry, Inc., Respondent, *v.* EMANUEL HAND et al., Appellants, et al., Defendants.

Submitted November 19, 1945; decided November 29, 1945.

*Irving L. Rollins* and *Marc Hermelin* for motion.
*Albert Adams* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine any issues in the action within the meaning of the Constitution.